FILED

03/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0427

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0427

————————————

MISSOULA COUNTY,

      Plaintiff and Appellant,

   v.

STATE OF MONTANA; MONTANA            O R D E R
DEPARTMENT OF CORRECTIONS; and
BRIAN GOOTKIN, in his official capacity as the
Director of the Montana Department
of Corrections,

      Defendants and Appellees.

————————————

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening brief filed electronically on March 13, 2023, this Court finds the principal brief in compliance but determines that the Appellant's Appendices do not comply with the below-referenced rule.

M. R. App. P. 12(1)(i) requires "[a]n appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken," and "shall include a table of contents." Appellant has submitted nine Appendices and no table of contents.
Therefore,

IT IS ORDERED that the referenced brief is accepted for filing, but within ten (10) days of the date of this Order, Appellant shall file an Appendix containing the revisions necessary to comply with M. R. App. P. 12(1)(i) and shall serve copies of the revised Appendix on all parties of record.

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

1

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
March 15 2023